■ THOMAS M. SULLIVAN, Appellant, v TROSER MANAGEMENT, INC., Respondent. (Appeal No. 2.) [903 NYS2d 297]—Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered January 29, 2009. The order granted defendant's motion to preclude certain expert testimony at trial.

It is hereby ordered that said appeal is unanimously dismissed without costs upon withdrawal. Present—Scudder, P.J., Peradotto, Lindley and Sconiers, JJ.